UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATANAEL MARTINEZ-GARCIA,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:14-cr-00217-RJJ-1

## ORDER

This matter is before the Court on the United States' oral motion for detention pending trial. Defendant Martinez-Garcia, having the assistance of counsel and after being advised of his rights relating to the detention hearing, waived his right to a hearing in open court. The Court is satisfied that defendant's waiver was knowingly and voluntarily entered. Moreover, defendant is subject to a detainer by Immigration and Customs Enforcement (ICE). Accordingly, the Court orders that defendant be detained pending trial. Defendant is remanded to the custody of the U.S. Marshals.

**IT IS SO ORDERED**.

Date: November 26, 2014

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge